# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 18, 2011 |
| Court Reporter: Janet Coppock | Time: 24 minutes |
| Probation Officer:   Caryl Ricca | Interpreter: Adrianna Weisz |

## CASE NO.  11-CR-00126-PAB

Parties                                                        Counsel

**UNITED STATES OF AMERICA,**                 John Canedy

            Plaintiff,

vs.

**ROBERTO HERRERA-RODRIGUEZ,**         Scott Varholak

            Defendant.

### SENTENCING

**11:08 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00126-PAB
November 18, 2011

Argument by Mr. Varholak in support of defendant's Motion for Downward Departure and/or Variant Sentence and comments addressing sentencing.

Argument by Mr. Canedy and comments addressing sentencing.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Downward Departure and/or Variant Sentence (Doc #22), filed 10/25/11 is **GRANTED in PART and DENIED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **June 10, 2011** to the **Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **6** months.

**ORDERED:**   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**11:32 a.m.   COURT IN RECESS**

**Total in court time:   24 minutes                          Hearing concluded**